# EXHIBIT 1

## COMMON PLEAS COURT OF THE STATE OF INDIANA
## COUNTY OF PUTNAM

| | |
|---|---|
| PLAINTIFF<br>TOMMY FLEEK<br>V<br>WHITEPAGES INC<br>ROB ALGARD | CASE NO.:<br>67C01- 19C9 CT 597 <br>FILED<br>SEP 23 2019<br>CLERK PUTNAM CIRCUIT COURT |

## COMPLAINT

Comes now Tommy Fleek, Plaintiff, and brings action for damages against, whitepages inc, and Rob Algard and any one else that involed. in support hereof would respectfully show unto the court the following facts and matter, to-wit.

1. Plaintiff is a resident of putnam county, the state of indiana, whose address is, 410 E 2nd Street, Russellville, Indiana 46175-0048

2. Defendants, Whitepages inc, Rob Algard and others, work at Whitepages inc, address1301 5th ave ste 1600, Further, the cause of action which is the subject of this suit occurred and putting plaintiff name and address on computer with out permission causing harm to plaintiff and family.

3. On 09/08/2019 plaintiff wife amanda got email from whitepages inc to check out new information on tommy earl fleek and giving city, and address

4. Plaintiff tommy fleek name is NOT in any phone book never given permission

5. how did defendents get plaintiff information, invasion of privacy, identity theft, stealing personable information from plaintiff with out written consent.

6. Causing harm to plaintiff and familiy, from the negligence from the defendents, plaintiff is wanting $50,000,000 million for the wrongfull doings of defendents, the media will be involved, plaintiff will consider out of court settlement to keep public out from knowing

WHEREFORE, PREMISE CONSIDERED, tommy fleek here by demands judgment from whitepages inc, rob algard and others, and demanading action to be taken for the wrongfull doings, plaintiff tommy fleek is demanding $50,000,000 millionfor all damages, invasion of privacy, identtity theft, plaintiff tommy fleek giving 30 days to responed or the putnam county court to grant settlement or grant court date for jury trial

*TOMMY FLEEK*
*Tommy Fleek*

1